Patric A. Lester (SBN 220092)
pl@lesterlaw.com
**Lester & Associates**
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Scott M. Grace (SBN 236621)
sgrace@lawlh.com
**Luftman, Heck & Associates, LLP**
1958 Sunset Cliffs Blvd.
San Diego, CA 92107
Phone: (619) 346-4612
Fax: (619) 923-3661

Attorneys for Plaintiff Rene Andrade

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE ANDRADE, <br><br> Plaintiff, <br><br> vs. <br><br> SACOR FINANCIAL INC, <br><br> Defendant. | Case No. 3:12-cv-01819-W-RBB <br><br> Notice Of Dismissal Of All Parties With Prejudice |

**NOTICE OF DISMISSAL OF ALL PARTIES WITH PREJUDICE**

COMES NOW Plaintiff, Rene Andrade, and dismisses the Complaint herein with prejudice at Plaintiff's cost pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated September 27, 2012                                **Lester & Associates**
                                                    By:  */s/ Patric A. Lester*
                                                         Patric A. Lester
                                                         Attorney for Plaintiff,
                                                         Rene Andrade

Re: *Rene Andrade v. Sacor Financial Inc*,
Case No.3:12-cv-01819-W-RBB
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the Notice Of Dismissal Of All Parties With Prejudice on the interested parties in said case addressed as follows:

Mark Stewart
1911 Douglas Blvd 85-126
Roseville, CA  95661
mstewart@sacor.net
Representing SACOR FINANCIAL INC

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, that is not registered as a CM/ECF user, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 27, 2012, at San Diego, California.

>     */s/ Patric A. Lester*
>     Patric A. Lester
>     Attorney for Plaintiff,
>     Rene Andrade